ORIGINAL

FILED
MAR 1 3 2007
U.S. COURT OF FEDERAL CLAIMS

UNITES STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC.<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO.<br>RULE 7.1 DISCLOSURE STATEMENT<br>07-165 C |

HUNT ORTMANN PALFFY NIEVES LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff Hernandez, Kroone and Associates, Inc. certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: March 12, 2007

Laurence P. Lubka SBN 103752
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200
Fax: (626) 796-0107

Attorney for Plaintiff Hernandez, Kroone & Associates

Of Counsel:

Joseph J. Petrillo (DC Bar 184986)
PETRILLO & POWELL, P.L.L.C
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Phone: (202) 887-4848 Fax: (202) 478-1656