**UNITES STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC.,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 07-165C<br>(Judge James F. Merow) |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBTS IN CD-ROM FORM**

Plaintiff Hernandez, Kroone And Associates, Inc., moves this Court for leave to file certain exhibits in electronic form. Plaintiff intends to file an Amended Complaint that will identify as exhibits the referenced documents. Because of their bulk (the contract is over 200 pages long), Plaintiff seeks leave to file these exhibits with the Court on CD-ROM in pdf format. Plaintiff's co-counsel has informed the attorney representing the United States of this motion and has been authorized to represent to the Court that the United States does not oppose the motion.

DATED: April 30, 2007

Laurence P. Lubka SBN 103752
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200
Fax: (626) 796-0107

Attorney for Plaintiff Hernandez, Kroone & Associates

Of Counsel:

Joseph J. Pertrillo, DC Bar No. 184986
PERTRILLO & POWELL, P.L.L.C.
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Phone: (202) 887-4848
Fax: (202) 478-1656

## CERTIFICATE OF FILING

I hereby certify that, on this 30th day of April, 2007, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBTS IN CD-ROM FORM was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Laurence P. Lubka