# In the United States Court of Federal Claims

No. 07-165 C
(Filed May 7, 2007)

*************************************
HERNANDEZ, KROONE AND ASSOCIATES, INC.,
Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

On May 4, 2007, Plaintiff's Unopposed Motion to File Exhibits in CD-ROM Form was filed.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge