**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO. 07-165C** |
| | ) | (Judge Merow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 21 days, to and including June 4, 2007, within which to respond to plaintiff's complaint. Defendant's response currently is due today, May 14, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff has consented to the instant motion.

Our motion for an enlargement of time is necessary because additional time is required to enable counsel for the agency sufficient time to provide us with a complete litigation report in this matter. We rely upon agency counsel to prepare a litigation report pursuant to 28 U.S.C. § 520 concerning the case so that we may properly respond to actions filed against the United States. Agency counsel's duties and responsibilities in preparing the litigation report are very time consuming, as she or he must investigate the allegations made, interview witnesses, and analyze the complaint. Once agency counsel prepares a litigation report, we must review it and respond to plaintiff's complaint accordingly. As a result, additional time is needed so that counsel may adequately respond to plaintiff's complaint. We regret the late filing of this motion.

Until very recently, however, we believed that we would be able to file our response by the current deadline.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 21 days, to and including June 4, 2007, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

May 14, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of May 2007, I caused to be filed electronically the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON