# In the United States Court of Federal Claims

No. 07-165 C
(Filed May 15, 2007)

************************************
HERNANDEZ, KROONE AND ASSOCIATES, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.
************************************

## ORDER

On May 14, 2007, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including June 4, 2007, within which to respond to plaintiff's complaint.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed May 14, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge