# In the United States Court of Federal Claims

No. 07-165 C

(Filed June 22, 2007)

************************************

HERNANDEZ, KROONE AND ASSOCIATES, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

************************************

## ORDER

On June 21, 2007, a notice of filing defects was forwarded to chambers together with a single CD-Rom, titled "Exhibits to Amended Complaint." The noted defects are: copies missing (RCFC 5.3(d)); and this case has been designated as an ECF case. It should also be noted that the CD-Rom was not accompanied by a motion for leave (General Order No. 42A I. ¶¶ 4, 5) or a certificate of service on opposing counsel (RCFC 5.1).

Accordingly, it is **ORDERED** that:

(1) Plaintiff is **GRANTED LEAVE TO FILE** the Exhibits to Amended Complaint on CD-Rom;

(2) The Exhibits to Amended Complaint CD-Rom submitted to the clerk's office shall be **FILED** this day;

(3) Plaintiff shall serve a copy of the CD-Rom on defendant and electronically file a notice indicating the accomplishment of this service; and

(4) Plaintiff shall forward directly to chambers one CD-Rom version and one paper version of the Amended Complaint Exhibits.

s/ James F. Merow

James F. Merow
Senior Judge