**UNITES STATES COURT OF FEDERAL CLAIMS**

HERNANDEZ, KROONE AND ASSOCIATES, INC.

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 07-165C
(Judge James F. Merow)

**NOTICE OF FILING OF ELECTRONIC EXHIBITS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on June 21, 2007, Plaintiff HERNANDEZ KROONE AND ASSOCIATES, INC. filed with the Court, electronic copies of its exhibits to the First Amended Complaint.

DATED: July 3, 2007

Laurence P. Lubka SBN 103752
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200
Fax: (626) 796-0107

Attorney for Plaintiff Hernandez, Kroone & Associates

Of Counsel:

Joseph J. Pertrillo, DC Bar No. 184986
PERTRILLO & POWELL, P.L.L.C.
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Phone: (202) 887-4848
Fax: (202) 478-1656

## CERTIFICATE OF FILING

I hereby certify that, on this 3 day of ~~June~~ July, 2007, a copy of the foregoing NOTICE OF FILING OF ELECTRONIC EXHIBITS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Laurence P. Lubka