HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, California 91101-1807.

On July 17, 2007, I served a compact disk containing exhibits of Hernandez, Kroone and Associates, Inc., by sealing the compact disk into a FEDEX Priority Envelope, and sending it **BY FEDEX** overnight delivery to Matthew Solomson at the following location:

**Matthew H. Solomson**
**Civil Division, USDOJ**
**1100 L Street, N. W., Room 12106**
**Washington, D. C. 20005**

**BY FEDEX:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Lubka Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing with FEDEX. Under that practice, all FEDEX packages would be deposited with FEDEX that same day in the ordinary course of business. The aforementioned priority envelope was placed for collection and mailing at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 17, 2007, at Pasadena, California.

Tab L. K. Artis