**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO. 07-165C** |
| | ) | (Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE THE JPSR**

Defendant respectfully requests that this Court grant the parties an enlargement of time of 22 days, to and including August 31, 2007, within which to file their Joint Preliminary Status Report ("JPSR"). The parties' JPSR currently is due Thursday, August 9, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff has consented to the instant motion.

Our motion for an enlargement of time is necessary because additional time is required to enable counsel for the parties to complete the Early Meeting of Counsel and the JPSR required by Appendix A of the Rules of this Court. We regret the late filing of this motion. Until very recently, however, we believed that we would be able to complete the JPSR by the current deadline. In addition, counsel for defendant will be out of the office and unavailable from August 11-26, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 22 days, to and including August 31, 2007, within which to file the parties' JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick by s/ K. Bleecker
MARK A. MELNICK
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

August 8, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of August 2007, I caused to be filed electronically the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON