# In the United States Court of Federal Claims

No. 07-165 C
(Filed August 8, 2007)

*************************************
HERNANDEZ, KROONE AND ASSOCIATES, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.
*************************************

## ORDER

On August 8, 2007, Defendant's Unopposed Motion for an Enlargement of Time to File the JPSR was filed. Defendant requests an enlargement of time to and including August 31, 2007, within which to file parties' Joint Preliminary Status Report.

Accordingly, it is **ORDERED** that defendant's motion, filed August 8, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge