# In the United States Court of Federal Claims

No. 07-165 C

(Filed September 6, 2007 )

************************************
HERNANDEZ, KROONE AND ASSOCIATES, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.
************************************

## ORDER

Upon examination of the the Joint Preliminary Status Report ("JPSR") filed August 31, 2007, pursuant to RCFC 16(b) and ¶¶ 7-8 of Appendix A, it is concluded that the parties have satisfactorily set forth the information required so that further discussion of the matters presented in the JPSR at this time would not be useful. However, should any issues arise that require a status conference, by informal telephone conference call or otherwise, counsel should confer and then contact Ms. Eddins at (202) 357-6613, so that a conference can be scheduled at a time when all concerned are available.

Accordingly, it is **ORDERED** (1) that the following schedule is established:

| | |
|---|---|
| Initial disclosure | October 19, 2007 |
| Close of non-expert discovery | February 8, 2008 |
| Designations of experts | March 31, 2008 |
| Expert report(s) | May 26, 2008 |
| Close of expert discovery, including depositions | July 14, 2008 |

(2) On or before July 21, 2008, the parties shall file a status report(s) indicating the procedures proposed to obtain the resolution of this litigation.

s/ James F. Merow
James F. Merow
Senior Judge