HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | CASE NO. 07-165 C<br>**********<br>The Hon. Judge James F. Merow<br>Action Filed: March 13, 2007 |

**PLAINTIFF HERNANDEZ KROONE AND ASSOCIATES, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Hernandez Kroone And Associates, Inc. objects to Defendant The United States' Motion For Enlargement of Time as follows:

Defendant's Motion For Enlargement of Time is mainly based on two reasons: first because Defendant claims that the allegations in Plaintiff's complaint are vague and lack factual details, second because of counsel's workload and scheduling conflicts.

Defendant's "vagueness" argument regarding the complaint is not a valid ground for the enlargement. First, Defendant has not challenged the validity of Plaintiff's complaint. Second, any alleged "vagueness" in Plaintiff's complaint has existed for months and is not a surprise to Defendant justifying a time enlargement. Plaintiff filed its complaint on March 13, 2007. Mr. Solomson filed a Notice of Appearance for Defendant on March 23, 2007. On May 14, 2007, Defendant filed an unopposed Motion To Extend Time to Answer. On June 4, 2007, Plaintiff filed its Amended Complaint, mainly to add voluminous records not accepted by the Court when the complaint was filed. On August 8, 2007, Defendant filed an unopposed Motion to Extend the Deadline to File the Joint Preliminary Status Report ("JPSR"). Counsel for Plaintiff and Defendant met and conferred regarding the JPSR, including the proposed deadlines to be included therein. When Defendant proposed the deadlines in the JPSR, it was well aware of the allegations in Plaintiff's complaint and had the opportunity to evaluate the time it needed to conduct

discovery, hire experts and prepare for trial. After a meet and confer, the parties filed the JPSR on August 31, 2007. Now, Defendant uses the "vagueness" argument to seek an enlargement.

Also, although Plaintiff is understanding and sympathetic to opposing counsel's workload, scheduling conflicts and time constraints – and has previously granted Defendant two time extensions - it cannot agree to an enlargement which creates significant scheduling conflicts for Plaintiff and Plaintiff's counsel. Specifically, Plaintiff is concerned that pushing deadlines to June, July, and September when clients, witnesses, experts and counsel will likely be taking summer vacations will create additional delays, scheduling impediments and possibly further delays to the Court ordered deadlines. Therefore, Plaintiff Hernandez Kroone and Associates, Inc. respectfully requests that Defendant's motion be denied, or alternatively, if granted that the deadlines be scheduled so that deadlines within the summer months are avoided.

DATED: December 12, 2007

Laurence P. Lubka SBN 103752
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200
Fax: (626) 796-0107

Attorney for Plaintiff Hernandez, Kroone & Associates

Of Counsel:

Joseph J. Pertrillo, DC Bar No. 184986
PERTRILLO & POWELL, P.L.L.C.
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Phone: (202) 887-4848
Fax: (202) 478-1656

HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, California 91101-1807.

On December 17, 2007, I served PLAINTIFF HERNANDEZ KROONE AND ASSOCIATES, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, via first class mail on:

**Matthew H. Solomson**
**Civil Division, USDOJ**
**1100 L Street, N. W., Room 12106**
**Washington, D. C. 20005**

**BY MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Lubka Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17, 2007, at Pasadena, California.

Susan L. Goff

HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107