# In the United States Court of Federal Claims

No. 07-165 C
(Filed September 3, 2008)

************************************
HERNANDEZ, KROONE AND ASSOCIATES, INC., *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On September 2, 2008, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including December 19, 2008, within which parties shall complete non-expert discovery.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed September 2, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge