**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HERNANDEZ, KROONE AND ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-165C |
| | ) | (Judge Merow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR A PRIVACY ACT PROTECTIVE ORDER**

Defendant respectfully requests the Court to enter a protective order that would permit defendant to provide to its expert certain contractor payroll and other records without the possibility of violating the Privacy Act, 5 U.S.C. § 552a. We attach, electronically, a proposed protective order. Plaintiff consents to this motion.

Defendant's expert has sought to review certain contractor-prepared payroll and personnel records provided by plaintiff in discovery. The documents contain individual names, address information, and social security identification numbers. Such files arguably constitute a system of records within the meaning of the Privacy Act of 1974. See 5 U.S.C. § 522a(a)(5).

Accordingly, out of abundance of caution, and in order to protect against any possible violation of the Privacy Act, see 5 U.S.C. § 552a(b)(6), we respectfully request the Court to enter the attached proposed order. See, e.g., Jicarilla Apache Nation v. United States, 60 Fed. Cl. 413 (2004) ( Allegra, J.) (entering similar Privacy Act protective order); Braun Enterprises, Inc. v. United States, Fed. Cl. No. 06-689 (August 7, 2007) (unpublished order). Assuming the documents in question constitute a system of

records, both names and addresses are protected by the Privacy Act. See United States Dep't of Navy v. Fed. Labor Relations Auth., 975 F.2d 348, 353 (7th Cir. 1992). The Privacy Act, however, permits defendants to produce such records pursuant to a court order. See 5 U.S.C. § 522a(b)(11).

Prompt entry of an order authorizing defendant to disclose the payroll reports, and other similar documents, would facilitate the conduct of discovery in this action. Defendant, therefore, requests that the attached Privacy Act Protective Order and Acknowledgment of Privacy Act Protective Order, be adopted and ordered by the Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

September 15, 2008 Attorneys for Defendant